

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526


tdavis@seyfarth.com

T (212) 218-3322


www.seyfarth.com

July 7, 2026

**VIA ECF**

Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
50 Walnut Street, Room 2B
Newark, New Jersey  07101

**Re:**  ***Tiffany Zebuda, et al. v. Jane Estes, et al.***
    **Civil Action No. 25-700(ES)(JSA)**

Dear Judge Allen:

This firm represents Defendants Jane Estes and General Motors LLC ("together, Defendants") in the above-referenced action. Pursuant to the Court's Order dated March 27, 2026, Defendants write together with counsel for Plaintiffs Tiffany Zebuda and Get Compliant LLC (together, "Plaintiffs") to provide a joint status update.

Defendants' Motion to Dismiss Plaintiffs' Amended Complaint is currently pending. The parties have engaged in settlement discussions, but have thus far been unable to reach a resolution.  In the interim, Defendants have served deposition notices on Ms. Zebuda and Get Compliant LLC, and Plaintiffs have served a deposition notice on Ms. Estes, with depositions scheduled for the week of July 20, 2026.

Should the Court have any questions, or need any further information, please do not hesitate to let us know.

Respectfully submitted,

**SEYFARTH SHAW LLP**

*/s/ Tracee E. Davis*

Tracee E. Davis

327004680v.1